PEOPLE ex rel. BLATCHFORD v. McADOO, Police Com'r, et al. (Supreme Court, Appellate Division, Second Department. January 6, 1905.) Proceedings by the people of the state of New York, on the relation of Charles D. Blatchford, against William McAdoo, as police commissioner of the city of New York, and Edward M. Grout, as comptroller, etc.

PER CURIAM. Appeal dismissed, without costs. See People ex rel. Blatchford v. McAdoo (decided herewith) 91 N. Y. Supp. 553.

HOOKER, J., dissents.